

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Geo. H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:

Opinion No. O-3069
Re: Payment of mileage and per diem
to Members of Legislature in the
active Military Service of the
United States at Camp Bowie,
Brownwood, Texas, inducted into
such service under the Texas
National Guard.

Your letter of January 21, 1941, presents the following question for the consideration of this department:

"We have before this department the question of payment of mileage and per diem to certain members of the legislature who are members of the National Guard now serving under the recent call by the United States Army, at Camp Bowie, Brownwood, Texas.

"Please advise this department whether we are authorized to issue warrant in payment of such mileage and per diem claims in view of the petition for writ of certiorari to the Supreme Court in the case of Geo. H. Sheppard, et al, petitioners, vs. Orville S. Carpenter, respondent."

Whether such members of the Legislature are entitled to mileage and per diem under the Constitution of Texas depends upon the final decision of the question involved in the Carpenter case; that is, whether National Guardsmen of Texas inducted into the active Military Service of the United States under Section 111 of the National Defense Act, occupy or retain, while in that service of the United States, the status of a member of the "Texas National Guard."

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

This question will not be finally determined until the Supreme Court of the United States has acted upon the petition for writ of certiorari. We therefore advise against the payment of such claims prior to a final decision in the Carpenter case.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By (Signed) R. W. FAIRCHILD
Richard W. Fairchild
Assistant

APPROVED FEB 5, 1941

(Signed) GROVER SELLERS
FIRST ASSISTANT ATTORNEY GENERAL

RWF:EP

APPROVED
Opinion Committee
By BWB
CHAIRMAN

OK

GWB